IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02cr3158 |
| | ) | |
| v. | ) | |
| | ) | |
| GAMAL OMER SHARIF | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 139 be stricken from the record for the following reason(s):

- Filer selected incorrect defendant

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 139 from the record.  The party is directed to re-file the document.

July 5, 2005.                    BY THE COURT:


s/ *Richard G. Kopf*
United States District Judge